## McCLELLAN vs. ALLISON.

1. When a judgment is rendered by a justice of the peace and the case is taken by *certiorari* to the Circuit Court, the *certiorari* should not be dismissed because the penalty of the bond is less than the amount prescribed by the order of the judge by whom the writ was granted.

ERROR to the Circuit Court of Talladega. Tried before the Hon. Nathan Cook.

WOODWARD, for plaintiff in error.

SHELLY, *contra*.

COLEMAN, J.—Allison recovered a judgment against Mc-Clellan, before a justice of the peace, and the latter carried the case by *certiorari* into the Circuit Court. The *certiorari* was dismissed by the court on the motion of Allison, by his counsel, as the judgment recites, "for irregularities."

In Carter v. Pickard, 11 Ala. 673, it was decided that an appeal from a justice of the peace should not be quashed for a defect in the bond, unless the appellant, *upon being required* by the court, fails or refuses to execute a perfect one. The only irregularity we have been enabled to detect in the case, is, that the penalty of the bond is for a less amount than was required by the order of the judge granting the *certiorari*. It does not appear that McClellan failed or refused to give a perfect bond, and consequently the court erred in dismissing the case, and the judgment is reversed and the cause remanded.